1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRISHA YORK, a Washington resident, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SIGNH PETRO, LLC, a Washington limited )<br>liability company, )<br>)<br>Defendant. )<br>)<br>)<br>) | NO. 2:19-CV-00407-RSL<br><br>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i) WITH PREJUDICE |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Trisha York and her counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice pursuant to a settlement agreement between the parties.

Defendant has not served either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

/

/

NOTICE OF DISMISSAL UNDER RULE 41
2:19-CV-00407-RSL

**Page 1 of 3**

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 428-3558

DATED THIS 16th day of April, 2019

WASHINGTON CIVIL & DISABILITY ADVOCATE
Attorneys for Plaintiff

| /S/ FELICITY CHAMBERLAIN | /S/ CONRAD REYNOLDSON |
|---|---|
| Felicity Chamberlain | Conrad Reynoldson |
| WSBA# 51923 | WSBA# 48187 |
| 3513 NE 45th Street, Suite G | 3513 NE 45th Street, Suite G |
| Seattle, WA 98105 | Seattle, WA 98105 |
| (206) 428-3558 | (206) 428-3558 |
| felicity@wacda.com | conrad@wacda.com |

NOTICE OF DISMISSAL UNDER RULE 41
2:19-CV-00407-RSL

Page 2 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 428-3558

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also emailed a copy to defense counsel D. Benjamin Lee, Attorney at Law, at blee@dbleelaw.com.

Dated this 16th Day of April, 2019

*/s/ Felicity Chamberlain*
Felicity Chamberlain

NOTICE OF DISMISSAL UNDER RULE 41
2:19-CV-00407-RSL

Page 3 of 3

WASHINGTON CIVIL & DISABILITY ADVOCATE
3513 NE 45th Street, Suite G
Seattle, WA 98105
(206) 428-3558